**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al., | ) | CIVIL ACTION NO. NO. 4:25-cv-00113-LGW-BWC |
| Plaintiffs, | ) | |
| v. | ) | |
| MILLER PAINTING CO., INC., | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER is before the Court upon joint motion of the Plaintiffs International Painters and Allied Trades Industry Pension Fund, *et al.*, and Defendant Miller Painting Co, Inc. (collectively, the "Parties"). The Court has considered the Parties' Joint Motion to Modify Scheduling Order (the "Joint Motion").

NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. The Joint Motion is GRANTED.

2. The Court's July 10, 2026 Scheduling Order (ECF 42) is modified as follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Proposed Pretrial Order | November 29, 2026 | March 1, 2027 |

3. The current pretrial conference for December 14, 2026 is cancelled and shall be rescheduled consistent with the modified pretrial order deadline.

DATED: November 9, 2026

UNITED STATES DISTRICT JUDGE